JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFFICIENT TASK LIMITED, | Case No. 8:18-cv-01999-JWH-DFMx |
| Plaintiff, | **JUDGMENT** |
| v. | |
| PACIFIC BRIDGE GLOBAL, INC., a California Corporation; and DOES 1 through 50 inclusive, | |
| Defendants. | |

Pursuant to the "Order Denying Defendant's Motion for Judgment as a Matter of Law or, Alternatively, for a New Trial" entered substantially contemporaneously herewith, as well as the jury verdict [ECF No. 74], and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1332(a)(2) & 1441.

2. Defendants Does 1 through 50 are **DISMISSED**.

3. Judgment is entered in **FAVOR** of Plaintiff Efficient Task Limited and against Defendant Pacific Bridge Global, Inc., in the amount of **$196,427.56**, which includes damages of $140,000.00 plus prejudgment interest of $56,427.56, calculated at the rate of 10% per annum from the date of breach (March 4, 2018) until the date of judgment (March 14, 2022).

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 14, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE